IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL FURBY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 16). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment as to Russell Furby is dismissed with prejudice.

DATED this 5th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court